# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

GLOBAL LAB PARTNERS, LLC,
a Florida Limited Liability Company, and
GLOBAL LAB GROUP, LLC,
a Florida Limited Liability Company,

Plaintiffs,

v.  Case No.:  3:18-cv-00246

DIVIDEND HEALTH LLC,
a Texas Limited Liability Company,
DIRECTMED DX LLC,
a Texas Limited Liability Company,
and TY H. BRUGGEMANN, individually,
Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS AND MOTION ON BEHALF OF PLATINIFFS FOR EXTENSION OF TIME

The Law Office of Erica A. Reed PLLC and Erica A. Reed, Esq. ("Attorney Reed") respectfully files this motion to withdraw as counsel of record for Plaintiffs Global Lab Partners, LLC and Global Lab Group, LLC (collectively, "Plaintiffs"). Additionally, on behalf of Plaintiffs, Attorney Reed moves this Court for a 30-day extension of time through and including Thursday, May 23, 2018, for Plaintiffs to retain counsel to file a reply brief in further support of Plaintiffs' Motion for Preliminary Injunction [Dkt. No. 12] and a response to Defendants' Motion to

Dismiss [Dkt. No. 15]. In support thereof, Attorney Reed states as follows:

1. Attorney Reed brings this motion to withdraw pursuant to Florida Rules of Professional Conduct 4-1.16(a)(3) and 4-1.16(b)(2).

2. After numerous discussions and meetings, Attorney Reed and Plaintiffs have an irreconcilable difference regarding substantive issues relating to litigation strategy in this case.

3. Attorney Reed advised Plaintiffs that if they could not resolve their disagreement regarding litigation strategy, then Attorney Reed would have to withdraw as counsel for Plaintiffs in this case. Plaintiffs acknowledged that they understood Attorney Reed's position, and on April 23, 2018, proceeded to terminate Attorney Reed's representation.

4. Rule 4-1.16(a)(3) requires Attorney Reed to withdraw as counsel once discharged.

5. Rule 4-1.16(b)(2) further permits Attorney Reed to withdraw as counsel of record in this instance because Plaintiffs insist upon pursuing a litigation strategy with which Attorney Reed has a fundamental disagreement.

6. Attorney Reed files this motion to withdraw in compliance with Local Rule 11.1(H)(1), which provides that no attorney shall withdraw except by leave of Court. Due to being discharged, the fourteen-day notice requirement of 11.1(H)(2)

is inapplicable.

7. Plaintiffs' last known addresses, telephone numbers (including area code), and email addresses are:

> **Global Lab Partners, LLC**
> 997 S. Palafox Street
> Pensacola, FL 32502
> Attn.: Richard M. Beckish, Esq.
> Attn: Arthur Fletcher, II Esq.
> Telephone: (850) 378-1018
> Email: rbeckish@southpalafox.com
> Email: afletcher@southpalafox.com
>
> **Global Lab Group, LLC**
> 777 NW 72nd Aveneue, Suite 3076
> Miami, Floirida 33126
> Attn: Eni De La Osa or Jorge L. Fernadez
> Email: edelaosa@globalmedlabgroup.com or
> jfernandez@globalcommoditiesinc.com

8. The Court has entered an Order [Dkt. No. 17] setting April 23, 2018 as the deadline for Plaintiffs to file both their reply brief in further support of Plaintiffs' Motion for Preliminary Injunction and a response to Defendants' Motion to Dismiss. A hearing date on Plaintiffs' Motion for Preliminary Injunction has not yet been set.

9. On behalf of Plaintiffs, Attorney Reed respectfully requests a 30-day extension of time through and including May 23, 2018, for Plaintiffs to retain counsel and file the responsive pleadings referenced above in paragraph 9. Such an

extension will ensure that Plaintiffs have a fair and adequate opportunity to prepare and submit briefing prior to the Preliminary Injunction Hearing.

10. The Undersigned counsel has conferred with counsel for Defendants and confirmed that Defendants do not oppose Attorney Reed's request to withdraw as counsel for Plaintiffs.

11. The Undersigned counsel has conferred with counsel for Defendants and confirmed that Defendants do not oppose Attorney Reed's request on behalf of Plaintiffs for an extension of time.

WHEREFORE, Attorney Reed respectfully moves this Court for an Order (i) granting Attorney Reed's motion to withdraw as counsel of record for Plaintiffs and (ii) granting Attorney Reed's request on behalf of Plaintiffs for a 30-day extension of time to retain counsel, and to prepare and file a reply in further support of Plaintiffs' Motion for Preliminary Injunction and a response to Defendants' Motion to Dismiss.

April 23, 2018

        Respectfully submitted,

        /s/ Erica A. Reed
        Erica A. Reed, Esq.
        Florida Bar Number: 101676
        Law Office of Erica A. Reed
        997 South Palafox Street
        Pensacola, FL 32502
        Telephone: (850) 361-1500
        ereed@reedforjustice.com
        Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

On April 23, 2018, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all counsel of record.

        /s/ Erica A. Reed
        Erica A. Reed, Esq.
        Florida Bar Number: 101676
        Law Office of Erica A. Reed
        997 South Palafox Street
        Pensacola, FL 32502
        Telephone: (850) 361-1500
        ereed@reedforjustice.com
        Attorney for Plaintiffs